# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Winifred V. Gissendaner ;<br><br>                Debtor | Chapter 13<br><br>Case No.: 12-21154-sr |
| Wells Fargo Bank, N.A., as trustee for the holders of the Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-WMC1,<br>                Movant,<br>vs.<br>Winifred V. Gissendaner<br>                Debtor / Respondent,<br>and<br>Frederick L. Reigle,<br>                Trustee / Respondent. | |

## PRAECIPE TO WITHDRAW CERTIFICATION OF DEFAULT

NOW COMES, Wells Fargo Bank, N.A., as trustee for the holders of the Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-WMC1, by and through the undersigned counsel, and hereby withdraws the Certification of Default (document number 176).

|  |  |
|---|---|
| | Respectfully submitted,<br>MILSTEAD & ASSOCIATES, LLC<br>   /s/Matthew C. Waldt |
| DATED: July 25, 2016 | Matthew C. Waldt, Esquire<br>Attorney ID No. 203308<br>1 E. Stow Road<br>Marlton, NJ 08053<br>(856) 482-1400<br>Attorneys for Movant |

200423-4

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Winifred V. Gissendaner ;<br><br>　　　　　　　Debtor | Chapter 13<br><br>Case No.: 12-21154-sr |
| Wells Fargo Bank, N.A., as trustee for the holders of the Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-WMC1,<br>　　　　　　　Movant,<br>vs.<br>Winifred V. Gissendaner<br>　　　　　　　Debtor / Respondent,<br>and<br>Frederick L. Reigle,<br>　　　　　　　Trustee / Respondent. | |

## CERTIFICATION OF SERVICE

Matthew C. Waldt, Esquire counsel for Movant, hereby certifies that a copy of the Praecipe to Withdraw the Certification of Default was served upon the following persons via electronic transmission or by regular first-class mail, postage pre-paid on July 25, 2016, addressed as follows:

| Frederick L. Reigle<br>Chapter 13 Trustee<br>2901 St. Lawrence Avenue<br>P.O. Box 4010<br>Reading, PA 19606<br>*via electronic transmission* | Ronald G. McNeil<br>1333 Race Street<br>Philadelphia, PA 19107-1585<br>*via electronic transmission* |
|---|---|

DATED: July 25, 2016

Respectfully submitted,
MILSTEAD & ASSOCIATES, LLC
　/s/Matthew C. Waldt
Matthew C. Waldt, Esquire
Attorney ID No. 203308
1 E. Stow Road
Marlton, NJ 08053
(856) 482-1400
Attorneys for Movant

200423-4