# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Winifred V. Gissendaner aka Winifred V. Watkins <br><br> Debtor <br><br> Finance of America Reverse LLC, or its Successor or Assignee <br>                 Movant <br>       vs. <br><br> Frederick L. Reigle, Trustee <br> Winifred V. Gissendaner aka Winifred V. Watkins <br>                Respondents | Chapter 13 <br> Bankruptcy No. 12-21154-sr |

### CERTIFICATION OF SERVICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY AND CERTIFICATION OF SERVICE OF NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

    I, Ann E. Swartz, attorney for Finance of America Reverse LLC, hereby certify that I served a true and correct copy of the foregoing Motion for Relief from Automatic Stay and Certification of Service of Notice of Motion, Response Deadline and Hearing Date, by United States Mail, first class, postage prepaid, and/or electronic means, upon the following:

Date Served: March 8, 2017

| | | |
|---|---|---|
| Winifred V. Gissendaner aka Winifred V. Watkins <br> 1843 North 59th Street <br> Philadelphia, Pennsylvania 19151-3513 | Ronald G. McNeil <br> McNeil Legal Services <br> 1333 Race Street <br> Philadelphia, Pennsylvania 19107-1585 <br> Attorney for Debtor | Frederick L. Reigle <br> 2901 St. Lawrence Avenue <br> P.O. Box 4010 <br> Reading , Pennsylvania 19606 <br> Trustee |

                        /s/ Ann E. Swartz
                        ANN E. SWARTZ, ESQUIRE, I.D. # 201926
                        CELINE P. DERKRIKORIAN, ESQUIRE - ID # 313673
                        ALEXANDRA T. GARCIA, ESQUIRE - ID # 307280
                        Attorney for Finance of America Reverse LLC
                        123 South Broad Street, Suite 1400
                        Philadelphia, PA 19109
                        Telephone: (215) 790-1010
                        Facsimile: (215) 790-1274
                        Email: ecfmail@mwc-law.com

LAW OFFICES
# McCABE, WEISBERG & CONWAY, P.C.

SUITE 210
145 HUGUENOT STREET
NEW ROCHELLE, NY 10801
(914)-636-8900
FAX (914) 636-8901

SUITE 201
216 HADDON AVENUE
WESTMONT, NJ 08108
(856) 858-7080
FAX (856) 858-7020

SUITE 1400
123 SOUTH BROAD STREET
PHILADELPHIA, PA 19109
(215) 790-1010
**FAX** (215) 790-1274

SUITE 2S06
1 HUNTINGTON QUADRANGLE
MELVILLE, NY 11747
(631) 812-4084
FAX: (855) 845-2584

SUITE 102
1407 FOULK ROAD
FOULKSTONE PLAZA
WILMINGTON, DE 19803
(302) 409-3520
FAX 855-425-1980

March 8, 2017

Frederick L. Reigle
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, Pennsylvania 19606

Ronald G. McNeil
McNeil Legal Services
1333 Race Street
Philadelphia, Pennsylvania 19107-1585

Winifred V. Gissendaner aka Winifred V. Watkins
1843 North 59th Street
Philadelphia, Pennsylvania 19151-3513

Re:    Finance of America Reverse LLC, or its Successor or Assignee vs. Winifred V. Gissendaner aka Winifred V. Watkins
Chapter 13/Bankruptcy No 12-21154-sr

Dear Parties:

Enclosed herewith please find a copy of the Motion for Relief which has been filed with the Clerk of the Bankruptcy Court, together with the Notice of Motion, Response Deadline and Hearing Date.

If you intend to file an answer and defend this motion, please contact us prior to the hearing at the number above.

Sincerely,


Lisa Tok, Paralegal for Ann E. Swartz
McCABE, WEISBERG AND CONWAY
AES/lt
Enclosure

cc:    Office of the US Trustee