United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Winifred V. Gissendaner
    Debtor

Case No. 12-21154-sr
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: ChrissyW    Page 1 of 1    Date Rcvd: Mar 28, 2017
    Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2017.
db        Winifred V. Gissendaner,   1843 North 59th Street,   Philadelphia, PA  19151-3513

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2017    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2017 at the address(es) listed below:
      ANN E. SWARTZ   on behalf of Creditor   Wells Fargo Bank, N.A., as Trustee ecfmail@mwc-law.com, ecfmail@mwc-law.com
      ANN E. SWARTZ   on behalf of Creditor   Finance of America Reverse LLC, ecfmail@mwc-law.com, ecfmail@mwc-law.com
      CELINE P. DERKRIKORIAN   on behalf of Creditor   Wells Fargo Bank, N.A., as Trustee ecfmail@mwc-law.com
      FREDERICK L. REIGLE   ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
      HARRY B. REESE   on behalf of Creditor   PennyMac Loan Services, LLC harry.reese@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;jill@pkallc.com;samantha.gonzalez@pkallc.com
      JASON BRETT SCHWARTZ   on behalf of Creditor   Capital One Auto Finance jschwartz@mesterschwartz.com, jottinger@mesterschwartz.com
      JEFFREY G. TRAUGER   on behalf of Creditor   First Niagara Bank, N.A. jtrauger@grimlaw.com, ksaborsky@grimlaw.com
      JEROME B. BLANK   on behalf of Creditor   Nationstar Mortgage, LLC. paeb@fedphe.com
      JILL MANUEL-COUGHLIN   on behalf of Creditor   PennyMac Loan Services, LLC jill@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
      JOSEPH ANGEO DESSOYE   on behalf of Creditor   Nationstar Mortgage, LLC. paeb@fedphe.com
      JOSHUA ISAAC GOLDMAN   on behalf of Creditor   PennyMac Corp. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
      JOSHUA ISAAC GOLDMAN   on behalf of Creditor   Pennymac Corp., By Pennymac Loan Services, LLC, Its Servicing Agent bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
      JOSHUA ISAAC GOLDMAN   on behalf of Creditor   PennyMac Loan Services, LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
      KARROLLANNE CAYCE   on behalf of Creditor   Pennymac Corp., By Pennymac Loan Services, LLC, Its Servicing Agent ecfmail@aldridgepite.com, kcayce@ecf.inforuptcy.com
      KEVIN S. FRANKEL   on behalf of Creditor   Nationstar Mortgage, LLC. pa-bk@logs.com
      KEVIN S. FRANKEL   on behalf of Creditor   Nationstar Mortgage LLC Et al. pa-bk@logs.com
      KEVIN T MCQUAIL   on behalf of Creditor   Wells Fargo Bank, N.A., as Trustee ecfmail@mwc-law.com
      LEEANE O. HUGGINS   on behalf of Creditor   Nationstar Mortgage LLC Et al. pabk@logs.com
      MATTHEW CHRISTIAN WALDT   on behalf of Creditor   Wells Fargo Bank, N.A., as Trustee mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
      MATTHEW CHRISTIAN WALDT   on behalf of Creditor   Nationstar Mortgage, LLC. mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
      NICHOLAS J. LAMBERTI   on behalf of Creditor   PA Dept of Revenue RA-occbankruptcy2@state.pa.us, RA-occbankruptcy6@state.pa.us
      POLLY A. LANGDON   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
      RONALD G. MCNEIL   on behalf of Debtor Winifred V. Gissendaner r.mcneil1@verizon.net
      THOMAS I. PULEO   on behalf of Creditor   PennyMac Corp. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
      United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
              TOTAL: 25

1 Gissendaner a/k/a Winifred V. Watkins Stipulation Bankruptcy Case # 12-21154/SR

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Winifred V. Gissendaner a/k/a Winifred V. Watkins,<br>    Debtor.<br><br>Nationstar Mortgage LLC as servicer for Wells Fargo Bank, N.A. as Trustee for the holders of the Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-WMC1,<br>    Movant,<br>v.<br>Winifred V. Gissendaner a/k/a Winifred V. Watkins,<br>    Debtor,<br><br>Frederick L. Reigle, Trustee,<br>    Additional Respondent. | CHAPTER 13<br><br>BANKRUPTCY CASE NUMBER 12-21154/SR<br><br>11 U.S.C. § 362 |

## STIPULATION AND ORDER

AND NOW, in consideration of the mutual promises and agreements set forth below, and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, it is hereby stipulated and agreed to by and between the undersigned as follows:

1. This Stipulation shall govern all post-petition payments due and owing to Movant, including those that fall due after the arrears, as set forth below, are cured.

2. The post-petition arrearages on the mortgage held by Movant on Debtor' property at 1843 North 59th Street, Philadelphia, PA 19151, are $3,045.44. The breakdown of the arrears is as follows:

    Post-Payments from December 1, 2016 to December 1, 2016 at $762.20 each = $762.20;
    Post-Payments from January 1, 2017 to March 1, 2017 at $761.08 each = $2,283.24;

3. If Debtor provides proof of negotiated payments not already credited, they will receive credit for those payments.

4. Debtor shall cure the arrearages in the following manner:

2 Gissendaner a/k/a Winifred V. Watkins Stipulation Bankruptcy Case # 12-21154/SR

    (a)    A lump sum payment of $1,600.00 shall be made on or before March 15, 2017;

    (b)    Movant shall apply $175.00 from Debtor Suspense to the arrearage balance;

    (c)    The balance of the arrears, to-wit, $1,270.44, shall be cured by the payment by Debtor of the sum of $211.74 commencing April 1, 2017, and continuing for 6 consecutive months through and including September 1, 2017, until the arrears are cured, together with the regular monthly mortgage payment of $761.08, or as same may be adjusted from time to time in accordance with Paragraph (f) hereof, for the total monthly payment amount of $972.82, payable on the due date of Debtor's mortgage;

    (d)    If funds are not received prior to the 16th of the month, then the payment shall include all applicable late charges;

    (e)    All payments to Movant are to be in CERTIFIED FUNDS, MONEY ORDER, or BANK CASHIER'S CHECK with the Loan No. written on the face thereof, and shall be made directly to Attention: BANKRUPTCY DEPARTMENT, Nationstar Mortgage LLC as servicer for Wells Fargo Bank, N.A. as Trustee for the holders of the Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-WMC1, at P.O. Box 619094, Dallas, Texas 75261-9741;

    (f)    Debtor is responsible to pay the monthly payment as that amount may be adjusted from time to time by Movant in accordance with standard escrow practices;

    (g)    Debtor is responsible to reimburse Movant for its attorneys' fees and costs in connection with this motion. All further payments will be applied to the arrears and/or monthly payments in the manner prescribed by the Mortgage and Note.

    5.    In the event that Debtor fail to make any of the payments set forth above, Movant shall notify Debtor and Debtor's attorney of the default in writing and Debtor may cure the

Case 12-21154-sr  Doc 201  Filed 03/30/17  Entered 03/31/17 01:19:24  Desc Imaged
3 Gissendaner a/k/a Winifred V. Watkins Stipulation Bankruptcy Case # 12-21154/SR
Certificate of Notice  Page 4 of 4

default within 15 days of the notice. If Debtor should fail to cure the default within 15 days, Movant may file a Certification of Default with the Court, and upon the filing of the Certification, Debtor consents to the Court entering an Order granting Movant relief from the Automatic Stay.

6. After Movant sends two (2) Notices of Default for Debtor's failure to remain post-petition current, then Movant may file a Certification of Default with the court instead of sending a third Notice of Default.

7. Debtor understands that should Movant be forced to provide a written Notice of Default of this Stipulation, that Debtor shall be responsible for any reasonable attorney fees of $50.00 per Notice of Default and $200.00 per Certification of Default incurred by Movant as a result of preparation of same.

8. Debtor agrees that the Court may waive Rule 4001(a) (3), permitting Movant to immediately implement and enforce the Court's order.

Dated: 3/22/17

Kevin S. Frankel, Esquire
Attorney for Movant

Dated: March 21, 2017

Ronald G. McNeil, Esquire,
Attorney for Debtor

Dated: 3/23/17

Frederick L. Reigle
Trustee

AND NOW, this __28th__ day of __March__, 2017, it is hereby ORDERED that the foregoing Stipulation is approved, shall be, and is made an Order of this Court.

BY THE COURT:

HONORABLE STEPHEN RASLAVICH
UNITED STATES BANKRUPTCY JUDGE