# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Winifred V. Gissendaner aka Winifred V. Watkins<br><br>Debtor<br><br>Finance of America Reverse LLC, or its Successor or Assignee<br>Movant<br>vs.<br><br>Frederick L. Reigle, Trustee<br>Winifred V. Gissendaner aka Winifred V. Watkins<br>Respondents | Chapter 13<br>Bankruptcy No. 12-21154-sr |

## ORDER

AND NOW, this _____ day of _____, 20___, it is hereby ORDERED that the automatic stay of Bankruptcy Code §362(a) be, and the same hereby is, MODIFIED to permit Finance of America Reverse LLC, or its Successor or Assignee, to foreclose its mortgage, and, without limitation, to exercise any other rights it has under the mortgage or with respect to the property located at: 1550 N 59th Street, Philadelphia, Pennsylvania 19151, such actions may include but are not limited to selling the property at Sheriff's Sale, entering into a loan modification or signing a deed in lieu of foreclosure, and it is further,

ORDERED that Movant shall be permitted to communicate with Debtor and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law.

**Dated: April 6, 2017**

_____
Judge Stephen Raslavich
United States Bankruptcy Judge

cc.:

Frederick L. Reigle
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, Pennsylvania 19606

Ann E. Swartz, Esquire
McCabe, Weisberg & Conway
123 S. Broad St., Suite 1400
Philadelphia, PA  19109

Ronald G. McNeil
McNeil Legal Services
1333 Race Street
Philadelphia, Pennsylvania 19107-1585

Winifred V. Gissendaner aka Winifred V. Watkins
1843 North 59th Street
Philadelphia, Pennsylvania 19151-3513

Office of the US Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA  19107