United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Winifred V. Gissendaner  
       Debtor

Case No. 12-21154-sr  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: ChrissyW     Page 1 of 1     Date Rcvd: Apr 07, 2017  
                         Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2017.  
db         Winifred V. Gissendaner,    1843 North 59th Street,    Philadelphia, PA   19151-3513

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2017                                     Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2017 at the address(es) listed below:

        ANN E. SWARTZ    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee ecfmail@mwc-law.com, ecfmail@mwc-law.com  
        ANN E. SWARTZ    on behalf of Creditor    Finance of America Reverse LLC, ecfmail@mwc-law.com, ecfmail@mwc-law.com  
        CELINE P. DERKRIKORIAN    on behalf of Creditor    Finance of America Reverse LLC, ecfmail@mwc-law.com  
        CELINE P. DERKRIKORIAN    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee ecfmail@mwc-law.com  
        FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com  
        HARRY B. REESE    on behalf of Creditor    PennyMac Loan Services, LLC harry.reese@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;jill@pkallc.com;samantha.gonzalez@pkallc.com  
        JASON BRETT SCHWARTZ    on behalf of Creditor    Capital One Auto Finance jschwartz@mesterschwartz.com,   jottinger@mesterschwartz.com  
        JEFFREY G. TRAUGER    on behalf of Creditor    First Niagara Bank, N.A. jtrauger@grimlaw.com, ksaborsky@grimlaw.com  
        JEROME B. BLANK    on behalf of Creditor    Nationstar Mortgage, LLC. paeb@fedphe.com  
        JILL MANUEL-COUGHLIN    on behalf of Creditor    PennyMac Loan Services, LLC jill@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com  
        JOSEPH ANGEO DESSOYE    on behalf of Creditor    Nationstar Mortgage, LLC. paeb@fedphe.com  
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    PennyMac Corp. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Pennymac Corp., By Pennymac Loan Services, LLC, Its Servicing Agent bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com  
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    PennyMac Loan Services, LLC bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com  
        KARROLLANNE CAYCE    on behalf of Creditor    Pennymac Corp., By Pennymac Loan Services, LLC, Its Servicing Agent ecfmail@aldridgepite.com,   kcayce@ecf.inforuptcy.com  
        KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage, LLC. pa-bk@logs.com  
        KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC Et al. pa-bk@logs.com  
        KEVIN T MCQUAIL    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee ecfmail@mwc-law.com  
        LEEANE O. HUGGINS    on behalf of Creditor    Nationstar Mortgage LLC Et al. pabk@logs.com  
        MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee mwaldt@milsteadlaw.com,   bkecf@milsteadlaw.com  
        MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Nationstar Mortgage, LLC. mwaldt@milsteadlaw.com,   bkecf@milsteadlaw.com  
        NICHOLAS J. LAMBERTI    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us, RA-occbankruptcy6@state.pa.us  
        POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
        RONALD G. MCNEIL    on behalf of Debtor Winifred V. Gissendaner r.mcneill@verizon.net  
        THOMAS I. PULEO    on behalf of Creditor    PennyMac Corp. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                              TOTAL: 26

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Winifred V. Gissendaner aka Winifred V. Watkins<br><br>Debtor<br><br>Finance of America Reverse LLC, or its Successor or Assignee<br>                      Movant<br>        vs.<br><br>Frederick L. Reigle, Trustee<br>Winifred V. Gissendaner aka Winifred V. Watkins<br>                    Respondents | Chapter 13<br>Bankruptcy No. 12-21154-sr |

### ORDER

      AND NOW, this _____ day of _____, 20___, it is hereby ORDERED that the automatic stay of Bankruptcy Code §362(a) be, and the same hereby is, MODIFIED to permit Finance of America Reverse LLC, or its Successor or Assignee, to foreclose its mortgage, and, without limitation, to exercise any other rights it has under the mortgage or with respect to the property located at: 1550 N 59th Street, Philadelphia, Pennsylvania 19151, such actions may include but are not limited to selling the property at Sheriff's Sale, entering into a loan modification or signing a deed in lieu of foreclosure, and it is further,

      ORDERED that Movant shall be permitted to communicate with Debtor and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law.

**Dated: April 6, 2017**

                                                                             Judge Stephen Raslavich<br>
                                                                             United States Bankruptcy Judge

cc.:

Frederick L. Reigle
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, Pennsylvania 19606

Ann E. Swartz, Esquire
McCabe, Weisberg & Conway
123 S. Broad St., Suite 1400
Philadelphia, PA  19109

Ronald G. McNeil
McNeil Legal Services
1333 Race Street
Philadelphia, Pennsylvania 19107-1585

Winifred V. Gissendaner aka Winifred V. Watkins
1843 North 59th Street
Philadelphia, Pennsylvania 19151-3513

Office of the US Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA  19107