United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Winifred V. Gissendaner  
    Debtor

Case No. 12-21154-jkf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: ChrissyW    Page 1 of 3    Date Rcvd: Sep 14, 2018  
                    Form ID: 138NEW    Total Noticed: 50

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2018.

```
db            #Winifred V. Gissendaner,    1843 North 59th Street,    Philadelphia, PA  19151-3513
cr             ECMC,   Lockbox 8682,   PO Box 75848,    St. Paul, MN  55175-0848
cr            +First Niagara Bank, N.A.,    c/o Jeffrey G. Trauger, Esquire,    Grim, Biehn & Thatcher,
                 P.O. Box 215,    Perkasie, PA 18944-0215
cr           ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage, LLC.,     PO Box 630267,    Irving, TX  75063)
cr            +Wells Fargo Bank, National Association,    Roberston, Anschutz & Schneid, P.L.,
                 6409 Congress Ave.,    Suite 100,    Boca Raton, FL 33487-2853
13063509      +American InfoSource LP as agent for,    DIRECTV, LLC,    Mail Station N387,    2230 E Imperial Hwy,
                 El Segundo, CA 90245-3504
12920428       BAC Home Loans Servicing, LP,    Bankruptcy Department,    SV-314B,    P.O. Box 5170,
                 Simi Valley, CA 93062-5170
12954747       Bank of America, N.A.,    P.O. Box 660933,    Dallas, Texas 75266-0933
12954859      +Bank of America, N.A.,    c/o Margaret Gairo,    123 S. Broad Street, Suite 1400,
                 Philadelphia, PA 19109-1060
12920430      +Capital One Auto Finance,    c/o Ascension Capital Group, LP,    2201 E. Lamar Blvd, Suite 200,
                 Arlington, TX 76006-7440
13382485      +ECMC,    PO BOX 16408,    St.Paul MN 55116-0408
13382484       ECMC,    PO BOX 8682,    PO BOX 16478,    St.Paul MN 55116-0478
12969967       ECMC,    P.O. Box 75906,    St. Paul, MN  55175
13899451      +Finance of America Reverse LLC,    c/o CELINE P. DERKRIKORIAN,    McCabe, Weisberg & Conway PC,
                 123 South Broad Street,    Suite 1400,    Philadelphia, PA 19109-1060
12920435       Lease & Rental Management Corp.,,    d/b/a, Penn Auto Loan,    Collection/Bankruptcy,
                 45 Haverhill Street,    Andover, MD  01810-1414
13063130      +PENNYMAC LOAN SERVICES, LLC,    6101 CONDOR DRIVE SUITE #300,    MOORPARK, CA 93021-2602
12956369      +PennyMac Loan Services, LLC,    c/o Aldridge Connors LLP,    Fifteen Piedmont Center,
                 3575 Piedmont Road, N.E., Suite 500,    Atlanta, GA 30305-1636
12920436       PennyMac Loan Services, LLC,    Bankruptcy Department,    27001 Agoura Road,
                 Calabasas, CA  91301-5339
12920438      +Philadelphia Gas Works,    Bankruptcy Unit,    P.O. Box 3500,    800 W. Montgomery Ave, 3rd Flr,
                 Philadelphia, PA 19122-2806
12966185       Ronald G. McNeil, Esquire,    1333 Race Street,    Philadelphia, PA  19107-1585
12920441       Sallie Mae Servicing LSCF,    1002 Arthur Drive,    Lynn Haven, FL 32444-1683
12920444       Urban Cableworks,    c/o Credit Protection,    P.O. Box 802068,    Dallas, TX 75380-2068
12920443       Urban Cableworks,    1700 North 49th Street,    Philadelphia, PA 19131-4728
12920446       Wells Fargo Bank, N.A.,    Bankruptcy Department,    MAC T7425-021,    4101 Wiseman Blvd,
                 San Antonio, TX 78251-4200
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: megan.harper@phila.gov Sep 15 2018 02:58:59    City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 15 2018 02:58:26    U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/PDF: acg.ebn@americaninfosource.com Sep 15 2018 03:00:40
                 Capital One Auto Finance,    P.O. Box 201347,    Arlington, TX 76006-1347
12920442      +E-mail/Text: bankruptcy@sccompanies.com Sep 15 2018 02:59:38    7th Avenue,    P.O. Box 740933,
                 Dallas, TX 75374-0933
12998981       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 15 2018 03:00:46
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
12920427       E-mail/PDF: resurgentbknotifications@resurgent.com Sep 15 2018 03:00:13    B-Line, LLC,
                 Mail Stop 550,    P.O. Box 91121,    Seattle, WA  98111-9221
13108543       E-mail/Text: megan.harper@phila.gov Sep 15 2018 02:58:58
                 City of Philadelphia Law Department,    Tax Unit - Bankruptcy,    Municipal Services Building,
                 1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA 19102-1595
12920429       E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Sep 15 2018 03:00:42
                 Capital One Auto Finance,    Bankruptcy Department,    3905 N. Dallas Pkwy,
                 Plano, TX  75093-7892
14021434      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Sep 15 2018 03:01:14
                 Capital One Auto Finance c/o AIS Portfolio Service,    4515 N. Santa Fe Avenue,    Dept APS,
                 Oklahoma City OK 73118-7901
14021428      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Sep 15 2018 03:01:15
                 Capital One Auto Finance c/o AIS Portfolio Service,    4515 N. Santa Fe Avenue,    Sept APS,
                 Oklahoma City OK 73118-7901
14021435       E-mail/PDF: acg.acg.ebn@americaninfosource.com Sep 15 2018 03:00:05
                 Capital One Auto Finance c/o AIS Portfolio Service,    PO BOX 4360,    Houston TX 77210-4360
13066670      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Sep 15 2018 03:00:05
                 Capital One Auto Finance c/o Ascension Capital Gro,    P.O. Box 201347,
                 Arlington, TX 76006-1347
13664273      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Sep 15 2018 03:01:14
                 Capital One Auto Finance, a division of Capital On,    P.O. Box 201347,
                 Arlington, TX 76006-1347
```

```
District/off: 0313-2          User: ChrissyW              Page 2 of 3                   Date Rcvd: Sep 14, 2018
                              Form ID: 138NEW             Total Noticed: 50
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
13067768       +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 15 2018 03:00:14
                 East Bay Funding, LLC its successors and assigns,    as assignee of B-Line, LLC,
                 Resurgent Capital Services,    PO Box 288,   Greenville, SC 29602-0288
12920431        E-mail/PDF: rmscedi@recoverycorp.com Sep 15 2018 03:00:09      Equable Ascent Financial, LLC,
                 c/o Recovery Mgmt Systems Corp.,    25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
12936661        E-mail/Text: fnb.bk@fnfg.com Sep 15 2018 02:58:23      First Niagara Bank, N.A.,
                 6950 South Transit Road,    PO Box 514,   Lockport NY 14095-0514
12920432        E-mail/Text: fnb.bk@fnfg.com Sep 15 2018 02:58:23      First Niagara Financial Group,
                 Bankruptcy Department,    726 Exchange Street, Suite 618,    Buffalo, NY 14210-1463
12994996       +E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 15 2018 02:58:16
                 INTERNATIONAL COLLECTION SERVICES,    c o Jefferson Capital Systems LLC,    PO BOX 7999,
                 SAINT CLOUD MN 56302-7999
12920433        E-mail/Text: cio.bncmail@irs.gov Sep 15 2018 02:57:13      Internal Revenue Service,
                 Bankruptcy Division,    P.O. Box 7346,   Philadelphia, PA 19101-7346
12994998        E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 15 2018 02:58:16      Jefferson Capital Systems LLC,
                 PO BOX 7999,   SAINT CLOUD MN 56302-
12998214        E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 15 2018 02:58:16      Jefferson Capital Systems, LLC,
                 PO BOX 953185,    ST LOUIS, MO 63195-3185
12963399        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 15 2018 02:57:52
                 Pennsylvania Department of Revenue,    Bankruptcy division, P O Box 280946,
                 Harrisburg P A 17128-0946
12920437        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 15 2018 02:57:53      Pennsylvania Dept of Revenue,
                 Bankruptcy Division,    P.O. Box 280946,   Harrisburg, PA 17128-0496
12920439        E-mail/Text: megan.harper@phila.gov Sep 15 2018 02:58:58      Philadelphia Law Department,
                 Bankruptcy Unit,    1515 Arch Street, 15th Floor,   Philadelphia, PA 19102-1595
12922098       +E-mail/Text: bankruptcy@cavps.com Sep 15 2018 02:58:20      Precision Recovery Analytics, Inc,
                 c/o Cavalry Advisory Services,    500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
12920445        E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 15 2018 02:57:05
                 Verizon Communications,,    a/k/a, AFNI, Inc.,    Bankruptcy Department,    404 Brock Drive,
                 Bloomington, IL 61701-2654
                                                                                              TOTAL: 26

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*           Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
cr*            Capital One Auto Finance c/o AIS Portfolio Service,    P.O. BOX 4360,    Houston, TX 77210-4360
cr*           +PennyMac Loan Services, LLC,    c/o Aldridge Connors LLP,    Fifteen Piedmont Center,
                 3575 Piedmont Road, N.E., Suite 500,    Atlanta, GA 30305-1636
14021437*     +Capital One Auto Finance c/o AIS Portfolio Service,     4515 N. Santa Fe Avenue,    Dept APS,
                 Oklahoma City OK 73118-7901
14021438*      Capital One Auto Finance c/o AIS Portfolio Service,    PO BOX 4360,    Houston TX 77210-4360
12920434*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court: Internal Revenue Service,    Office of District Counsel,
                 701 Market Street, Suite 2200,    Philadelphia, PA 19106-1533)
12994999*     ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,   SAINT CLOUD MN 56302-7999
               (address filed with court: Jefferson Capital Systems LLC,    PO BOX 7999,
                 SAINT CLOUD MN 56302-)
13270464*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage LLC,    Attn Bankruptcy Department,
                 350 Highland Drive,    Lewisville, Texas 75067)
13120379*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC,    350 Highland Drive,
                 Lewisville, TX 75067)
13503971*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC,    P O Box 619096,    Dallas, TX 75261-9741)
12920440       ##RJM Acquisitions Funding, LLC,,    575 Underhill Blvd, Suite 224,    Syosset, NY 11791-3416
                                                                                              TOTALS: 0, * 10, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-2          User: ChrissyW            Page 3 of 3           Date Rcvd: Sep 14, 2018
                              Form ID: 138NEW           Total Noticed: 50
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2018                                              Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2018 at the address(es) listed below:

```
          ANN E. SWARTZ    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee ecfmail@mwc-law.com,
           ecfmail@ecf.courtdrive.com
          ANN E. SWARTZ    on behalf of Creditor    Finance of America Reverse LLC, ecfmail@mwc-law.com,
           ecfmail@ecf.courtdrive.com
          CELINE P. DERKRIKORIAN    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee
           ecfmail@mwc-law.com
          CELINE P. DERKRIKORIAN    on behalf of Creditor    Finance of America Reverse LLC
           ecfmail@mwc-law.com
          CELINE P. DERKRIKORIAN    on behalf of Creditor    Finance of America Reverse LLC,
           ecfmail@mwc-law.com
          HARRY B. REESE    on behalf of Creditor    PennyMac Loan Services, LLC harry.reese@pkallc.com,
           chris.amann@pkallc.com;nick.bracey@pkallc.com;jill@pkallc.com;samantha.gonzalez@pkallc.com;mary.r
           aynor-paul@pkallc.com
          JASON BRETT SCHWARTZ    on behalf of Creditor    Capital One Auto Finance
           jschwartz@mesterschwartz.com, jottinger@mesterschwartz.com
          JEFFREY G. TRAUGER    on behalf of Creditor    First Niagara Bank, N.A. jtrauger@grimlaw.com,
           ksaborsky@grimlaw.com
          JEROME B. BLANK    on behalf of Creditor    Nationstar Mortgage, LLC. paeb@fedphe.com
          JILL  MANUEL-COUGHLIN    on behalf of Creditor    PennyMac Loan Services, LLC jill@pkallc.com,
           chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
           ;mary.raynor-paul@pkallc.com
          JILL  MANUEL-COUGHLIN    on behalf of Creditor    PennyMac Corp. jill@pkallc.com,
           chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
           ;mary.raynor-paul@pkallc.com
          JOSEPH ANGEO DESSOYE    on behalf of Creditor    Nationstar Mortgage, LLC. paeb@fedphe.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    PennyMac Loan Services, LLC
           bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    PennyMac Corp. bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Pennymac Corp., By Pennymac Loan Services, LLC,
           Its Servicing Agent bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
          KARROLLANNE  CAYCE    on behalf of Creditor    Pennymac Corp., By Pennymac Loan Services, LLC, Its
            Servicing Agent ecfmail@aldridgepite.com, kcayce@ecf.inforuptcy.com
          KEVIN M. BUTTERY    on behalf of Creditor    Wells Fargo Bank, National Association
           bkyefile@rasflaw.com
          KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage, LLC. pa-bk@logs.com
          KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC Et al. pa-bk@logs.com
          KEVIN T MCQUAIL    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee ecfmail@mwc-law.com
          LEEANE O. HUGGINS    on behalf of Creditor    Nationstar Mortgage LLC Et al. pabk@logs.com
          MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Nationstar Mortgage, LLC.
           mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
          MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee
           mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
          NICHOLAS J. LAMBERTI    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
           RA-occbankruptcy6@state.pa.us
          POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          RONALD G. MCNEIL    on behalf of Debtor Winifred V. Gissendaner r.mcneil1@verizon.net
          THOMAS I. PULEO    on behalf of Creditor    PennyMac Corp. tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 29
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Winifred V. Gissendaner

    Debtor(s)

Bankruptcy No: 12–21154–jkf

Chapter: 13

---

### NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 9/14/18

219 – 218
Form 138_new