United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 12-21154-jkf
Winifred V. Gissendaner                                                   Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: admin            Page 1 of 2          Date Rcvd: Oct 19, 2018
                            Form ID: 3180W         Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 21, 2018.
db             #Winifred V. Gissendaner,    1843 North 59th Street,    Philadelphia, PA   19151-3513
13063509       +American InfoSource LP as agent for,    DIRECTV, LLC,    Mail Station N387,    2230 E Imperial Hwy,
                 El Segundo, CA 90245-3504
13270464      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage LLC,    Attn Bankruptcy Department,
                 350 Highland Drive,    Lewisville, Texas 75067)
13063130       +PENNYMAC LOAN SERVICES, LLC,    6101 CONDOR DRIVE SUITE #300,    MOORPARK, CA 93021-2602
12966185        Ronald G. McNeil, Esquire,    1333 Race Street,    Philadelphia, PA   19107-1585

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Oct 20 2018 02:22:03     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA   19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 20 2018 02:21:19
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA   17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 20 2018 02:21:40     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
12998981        EDI: AIS.COM Oct 20 2018 06:08:00      American InfoSource LP as agent for,    Verizon,
                 PO Box 248838,    Oklahoma City, OK   73124-8838
13108543        E-mail/Text: megan.harper@phila.gov Oct 20 2018 02:22:04
                 City of Philadelphia Law Department,    Tax Unit - Bankruptcy,    Municipal Services Building,
                 1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA 19102-1595
13066670       +EDI: AISACG.COM Oct 20 2018 06:08:00      Capital One Auto Finance c/o Ascension Capital Gro,
                 P.O. Box 201347,    Arlington, TX 76006-1347
12969967        EDI: ECMC.COM Oct 20 2018 06:08:00      ECMC,    P.O. Box 75906,    St. Paul, MN   55175
13067768       +EDI: RESURGENT.COM Oct 20 2018 06:08:00      East Bay Funding, LLC its successors and assigns,
                 as assignee of B-Line, LLC,    Resurgent Capital Services,    PO Box 288,
                 Greenville, SC 29602-0288
12936661        E-mail/Text: fnb.bk@fnfg.com Oct 20 2018 02:21:39      First Niagara Bank, N.A.,
                 6950 South Transit Road,    PO Box 514,   Lockport NY   14095-0514
12994996       +EDI: JEFFERSONCAP.COM Oct 20 2018 06:08:00      INTERNATIONAL COLLECTION SERVICES,
                 c o Jefferson Capital Systems LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
12920433        EDI: IRS.COM Oct 20 2018 06:08:00      Internal Revenue Service,    Bankruptcy Division,
                 P.O. Box 7346,    Philadelphia, PA 19101-7346
12994998        EDI: JEFFERSONCAP.COM Oct 20 2018 06:08:00      Jefferson Capital Systems LLC,    PO BOX 7999,
                 SAINT CLOUD MN 56302-
12963399        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 20 2018 02:21:19
                 Pennsylvania Department of Revenue,    Bankruptcy division,    P O Box 280946,
                 Harrisburg P A 17128-0946
12922098       +E-mail/Text: bankruptcy@cavps.com Oct 20 2018 02:21:37      Precision Recovery Analytics, Inc,
                 c/o Cavalry Advisory Services,    500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
                                                                                              TOTAL: 14

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13120379*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC,    350 Highland Drive,
                 Lewisville, TX 75067)
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2018                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: admin              Page 2 of 2              Date Rcvd: Oct 19, 2018
                              Form ID: 3180W           Total Noticed: 19
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 18, 2018 at the address(es) listed below:
              ANN E.  SWARTZ    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              ANN E.  SWARTZ    on behalf of Creditor    Finance of America Reverse LLC, ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee
               ecfmail@mwc-law.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    Finance of America Reverse LLC
               ecfmail@mwc-law.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    Finance of America Reverse LLC,
               ecfmail@mwc-law.com
              HARRY B. REESE    on behalf of Creditor    PennyMac Loan Services, LLC harry.reese@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;jill@pkallc.com;samantha.gonzalez@pkallc.com;mary.r
               aynor-paul@pkallc.com;amanda.rauer@pkallc.com
              JASON BRETT SCHWARTZ    on behalf of Creditor    Capital One Auto Finance
               jschwartz@mesterschwartz.com, jottinger@mesterschwartz.com
              JEFFREY G. TRAUGER    on behalf of Creditor    First Niagara Bank, N.A. jtrauger@grimlaw.com,
               ksaborsky@grimlaw.com
              JEROME B. BLANK    on behalf of Creditor    Nationstar Mortgage, LLC. paeb@fedphe.com
              JILL  MANUEL-COUGHLIN    on behalf of Creditor    PennyMac Loan Services, LLC jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
              JILL  MANUEL-COUGHLIN    on behalf of Creditor    PennyMac Corp. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    Nationstar Mortgage, LLC. paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    PennyMac Loan Services, LLC
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    PennyMac Corp. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Pennymac Corp., By Pennymac Loan Services, LLC,
               Its Servicing Agent bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              KARROLLANNE  CAYCE    on behalf of Creditor    Pennymac Corp., By Pennymac Loan Services, LLC, Its
                Servicing Agent ecfmail@aldridgepite.com, kcayce@ecf.inforuptcy.com
              KEVIN M. BUTTERY    on behalf of Creditor    Wells Fargo Bank, National Association
               bkyefile@rasflaw.com
              KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage, LLC. pa-bk@logs.com
              KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC Et al. pa-bk@logs.com
              KEVIN T MCQUAIL    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee ecfmail@mwc-law.com
              LEEANE O. HUGGINS    on behalf of Creditor    Nationstar Mortgage LLC Et al. pabk@logs.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Nationstar Mortgage, LLC.
               mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee
               mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
              NICHOLAS J. LAMBERTI    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              RONALD G. MCNEIL    on behalf of Debtor Winifred V. Gissendaner r.mcneil1@verizon.net
              THOMAS I. PULEO    on behalf of Creditor    PennyMac Corp. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
                                                                                                 TOTAL: 29
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Winifred V. Gissendaner** | Social Security number or ITIN  **xxx–xx–4353** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **Eastern District of Pennsylvania**

Case number:  **12–21154–jkf**

# Order of Discharge                                                                                             12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Winifred V. Gissendaner
aka Winifred V. Watkins

10/18/18                                                                                   **By the court:**      Jean K. FitzSimon
                                                                                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

Form 3180W                                                      **Chapter 13 Discharge**                                                      page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**