United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 12-21154-jkf
Winifred V. Gissendaner                                                   Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW            Page 1 of 2            Date Rcvd: Oct 22, 2018
                              Form ID: 195              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 24, 2018.
db             #Winifred V. Gissendaner,    1843 North 59th Street,    Philadelphia, PA   19151-3513

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2018                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 22, 2018 at the address(es) listed below:
              ANN E. SWARTZ    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              ANN E. SWARTZ    on behalf of Creditor    Finance of America Reverse LLC, ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee
               ecfmail@mwc-law.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    Finance of America Reverse LLC
               ecfmail@mwc-law.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    Finance of America Reverse LLC,
               ecfmail@mwc-law.com
              HARRY B. REESE    on behalf of Creditor    PennyMac Loan Services, LLC harry.reese@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;jill@pkallc.com;samantha.gonzalez@pkallc.com;mary.r
               aynor-paul@pkallc.com;amanda.rauer@pkallc.com
              JASON BRETT SCHWARTZ    on behalf of Creditor    Capital One Auto Finance
               jschwartz@mesterschwartz.com,   jottinger@mesterschwartz.com
              JEFFREY G. TRAUGER    on behalf of Creditor    First Niagara Bank, N.A. jtrauger@grimlaw.com,
               ksaborsky@grimlaw.com
              JEROME B. BLANK    on behalf of Creditor    Nationstar Mortgage, LLC. paeb@fedphe.com
              JILL  MANUEL-COUGHLIN    on behalf of Creditor    PennyMac Loan Services, LLC jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
              JILL  MANUEL-COUGHLIN    on behalf of Creditor    PennyMac Corp. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    Nationstar Mortgage, LLC. paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    PennyMac Corp. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Pennymac Corp., By Pennymac Loan Services, LLC,
               Its Servicing Agent bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    PennyMac Loan Services, LLC
               bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              KARROLLANNE  CAYCE    on behalf of Creditor    Pennymac Corp., By Pennymac Loan Services, LLC, Its
                Servicing Agent ecfmail@aldridgepite.com,   kcayce@ecf.inforuptcy.com
              KEVIN M. BUTTERY    on behalf of Creditor    Wells Fargo Bank, National Association
               bkyefile@rasflaw.com
              KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage, LLC. pa-bk@logs.com
              KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC Et al. pa-bk@logs.com
              KEVIN T MCQUAIL    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee ecfmail@mwc-law.com
              LEEANE O. HUGGINS    on behalf of Creditor    Nationstar Mortgage LLC Et al. pabk@logs.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee
               mwaldt@milsteadlaw.com,   bkecf@milsteadlaw.com

```
District/off: 0313-2          User: ChrissyW              Page 2 of 2                    Date Rcvd: Oct 22, 2018
                              Form ID: 195                Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Nationstar Mortgage, LLC. mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
          NICHOLAS J. LAMBERTI    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us, RA-occbankruptcy6@state.pa.us
          POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
          RONALD G. MCNEIL    on behalf of Debtor Winifred V. Gissendaner r.mcneil1@verizon.net
          THOMAS I. PULEO    on behalf of Creditor    PennyMac Corp. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com

                                                                                                            TOTAL: 29

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 13

Winifred V. Gissendaner : Case No. 12–21154–jkf
    Debtor(s)

***ORDER***
_____

AND NOW, this day , October 22,2018 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Jean K. FitzSimon
Judge , United States Bankruptcy Court

223
Form 195